```
NCRC5            *         INMATE EDUCATION DATA      *      09-09-2020
PAGE 001 OF 001  *              TRANSCRIPT            *      07:41:58


REGISTER NO: 56356-039    NAME..: BRADY                      FUNC: PRT
FORMAT.....: TRANSCRIPT   RSP OF: MIL-MILAN FCI


------------------------- EDUCATION INFORMATION ---------------------------
FACL ASSIGNMENT DESCRIPTION                START DATE/TIME STOP DATE/TIME
MIL  ESL HAS    ENGLISH PROFICIENT         02-27-2019 1233 CURRENT
MIL  GED HAS    COMPLETED GED OR HS DIPLOMA 08-05-2019 1702 CURRENT


--------------------------- EDUCATION COURSES -----------------------------
SUB-FACL   DESCRIPTION                   START DATE STOP DATE EVNT AC LV HRS
MIL        RPP6 ADVANCED CERAMICS        11-01-2019 11-10-2019  P  C  P  24
MIL        RPP6 PLASTIC CANVASS          09-02-2019 09-25-2019  P  C  P  16
MIL        RPP6 FOUNDATIONS WEST CIV (IS) 08-05-2019 09-03-2019 P  C  P  24
MIL        RPP6 EXPERIENCING HUBBLE (IS) 08-05-2019 09-03-2019  P  C  P   6
MIL        RPP3 UNDERSTANDING INVEST (IS) 08-15-2019 09-03-2019 P  C  P  12
MIL        RPP2 BEGINNER GED M-F 1200-200 06-25-2019 08-06-2019 P  W  I   0


--------------------------- HIGH TEST SCORES ------------------------------
TEST         SUBTEST        SCORE     TEST DATE     TEST FACL   FORM    STATE
TABE M       LANGUAGE        2.6      05-20-2019    MIL         9
             MATH APPL       5.8      05-20-2019    MIL         9
             MATH COMP       2.4      05-20-2019    MIL         9
             READING         5.1      05-20-2019    MIL         9
             TOTAL MATH      3.3      05-20-2019    MIL         9




G0000       TRANSACTION SUCCESSFULLY COMPLETED
```

```
NCRC5           *          INMATE DISCIPLINE DATA         *      09-09-2020
PAGE 001 OF 001 *      CHRONOLOGICAL DISCIPLINARY RECORD  *       07:41:17

REGISTER NO: 56356-039 NAME..: BRADY, DVONE DARSEL
FUNCTION...: PRT       FORMAT: CHRONO    LIMIT TO ___ MOS PRIOR TO 09-09-2020




G5401        DISCIPLINE DATA DOES NOT EXIST FOR THIS INMATE
```