Honorable Judge Linda Parker  
Theodore Levin U.S. courthouse  
231 W. Lafayette Blvd.  
Detroit, MI 48226

Sept, 10 2020  
Brittany Rockeymore  
(810) 962-7021

(United State of America vs. Duane Brady)

Your Honor,

My name is Brittany Rockeymore. I am writing this letter on behalf of Duane Brady (Inmate #56356-039). I am Duane's girlfriend. I have known him for 10+ years, we have been dating since highschool. We have two beautiful children together, Lauren (2), and Duane Jr (4). From the very day that we found out we were expecting our first child together, he has been by my side every step of the way through our journey of parenthood. To say he is an amazing father would be an understatement. I have watched grow into an amazing man and father. Even after a long day of work he would come home and allow me to rest, while he tended to our children. He would make sure they were feed, bathe, and put them to bed. I never had to worry about running out to get things that the kids or I needed, he would already have it done before I could ever ask. I have always been convinced that Duane is an honorable man with a good heart. He has changed alot in many good ways in his time of being incarcerated. He poses no threat to the community but rather a asset to his family and community. I will do whatever it takes to support Duane if he is released. I am more than willing to provide him with love, guidence, encouragement, emotional, and moral support. I assure your that he has a stable home with me and our children, and a job that is waiting on him. He has a healthy support system in place I, along with his family, and also mine will give him all the support he needs to continue to build a productive life. Please allow us the chance to be a family again.

Sincerely, Brittany Rockeymore  
*Brittany Rockeymore*



**Commercial  -  Industrial  -  Painting  -  Sandblasting**

| 1995 W. Greenwood Road | Alger | MI | 48610 | Office: 989-345-7650 |
| Bill@hockpainting.com | | Direct: 810-569-8133 | | |

TO: Judge Linda Parker

9-30-20
Bill Smith
810-569-8133

My name is Bill Smith,

This brief letter is on behalf of D'vone Brady. His father Duane Knapp has worked for me since 2001 and I met D'vone at an unfortunate time in his life. His mother died in 2006 when he was a young boy we met when I attended the funeral. His dad had always been a hard worker and he struck me as a good young man as well. He made a poor decision which put him in the position he is in now but I feel he is a better man than what this reflects. I believe he deserves a shot to prove that so I will give him the opportunity to do so if you allow him to be released. We will put him to work as soon as he is able and I believe this will help him head down the right path.

Sincerely,

Wm D. Smith

9/23/20
(810) 662-6915

Honorable Judge Linda Parker
231. W. Lafayetta Bld.
Detroit, MI 48226.

Your Honor,

My name is Harryetta Mays D'vone Brady's Grandmother. He and I have had a great relationship all his life. His mother died when he was 12 yrs. old. He lived with me until he was 22 yrs. old. D'vone was always a good child. I never had to go to his school, court, or bail him out of jail. He always had good manners. He cut the grass for all the seniors on our block where we lived. That's when I learned he had asthma. He grew up trained for painting at Job crops, demolition, and asbestos clean-up. I told him his job was not good for his health but he worked hard at his job to make sure he took care of me, and his family. D'vone was in the emergency room alot his lungs got weaker, so he had to stop working at his asbestos job. When my health started to fail he was there for me. D'vone would drive me to my doctors appointments, he made sure to pick up my medications, and even rushed me to the hospital if I had an emergency. And made sure I had food. But God is a God of second chances, God forgives our sins and mistakes. I don't want my grandson to die from the virsus, he deseverves a second chance.

Sincerely,
Harryetta Mays
Harryetta Mays

Linda V Parker                             Aaron Rockeymore
                                           Sep/24/2020
                                           810 394 9381

Your Honor

Hi my name is Aaron Rockeymore and I've known Devon Brady for well over eight years now. Within those eight years I had many opportunities to talk with Mr. Brady and get insite on who he is as a man. Mr. Brady is a loving father of two beautiful children that I am fortunate enough to call my niece and nephew. He puts family first and does what every loving father does for his family, and that is provide and nurture. Unfortunately in the process of doing so Mr. Brady made a few life changing decisions that has taken him from the family he has solely taken care of. Despite thoes decisions, Mr. Brady accepts accountability for his actions and has done nothing but admit his wrong doing. In my honest opinion he has had time to learn that decision he has made can have a drastic change and effect for his kids and family he worked so hard to take care of. Mr. Brady has had years to sit and think about were he went wrong, and has vowed to his self that he would never put his freedom on the line again. I feel as though Mr. Brady has learned and grown from this experience. With his hard work and dedication he will prove that he can be a law abiding citizen and use his experiences to help others make better decisions in life.

Sincerely, Aaron Rockeymore
Aaron Rockeymore

**From:** Christopher_McGrath@fd.org,
**To:** mcgrathtph@aol.com,
**Subject:** Fwd: Letter for D'Vone Brady ( Aunt Shawn )
**Date:** Wed, Sep 30, 2020 6:04 pm

Sent from my iPhone

Begin forwarded message:

> **From:** Shawn Kilgore <cprfirstresponse@yahoo.com>
> **Date:** September 25, 2020 at 4:41:26 AM EDT
> **To:** Christopher McGrath <Christopher_McGrath@fd.org>
> **Subject: Letter for D'Vone Brady ( Aunt Shawn )**
> **Reply-To:** Shawn Kilgore <cprfirstresponse@yahoo.com>
>
> To Judge Linda Parker
>
> I am writing this letter on behalf of my only nephew D'Vone Darcel Brady. D'Vone is my deceased sister's only son.
>
> My sister passed away from an aneurysm at the age of 27 yrs old. Her death devastated everyone that knew her, including D'Vone.
>
> D'Vone was 12 yrs old and his sister was 4 months old when my sister passed away. She was my only sibling and best friend and she always kept a tight rein on D'Vone, because she didn't want him to succumb to the streets.
>
> They were very close, due to her being very young when she conceived him. My sister and her husband, which is D'Vone father, loved him so much. Life was so good, and 12yrs later they conceived their baby girl. Then in a blink of an eye she was gone forever.
>
> I don't know how this all started with D'Vone, because he has always had his life and goals headed in the right direction. He went to Job Corp and became a journeyman painter, started a family and was working with his father and doing great.
>
> My entire family was devastated once again, when we were faced with court actions against him. It still seems like a terrible dream. This is the first time our family has ever dealt with anything like this, and I am 53yrs old. Not in my Parents or Grandparents or Great Grandparents lifetime has anyone in our family ever been incarcerated.
>
> I know that if given the opportunity to show the court that he has been rehabilitated, not only will he be a productive citizen, but he will never get entangled in anything unlawful ever again.

We failed him once, but our eyes are wide open. I now know that he not only lost his mother, but he lost his entire family as he always knew it. We were trying so hard to cope with our loss, and somehow we lost site of D'Vone.

Families always think this could never happen to them, but it can happen to any family. My sister is weeping for her son, and we just want another chance to rectify this situation. We will never let his support system break again.

I know he has learned a valuable lesson. We all have learned a valuable lesson. Please find it in your heart to allow his release. I am a Nurse of 21yrs and a business owner of 15yr. I run a Community Covid-19 Testing site in Flint. This virus can cause death for a person with a compromised respiratory system and we worry about his health everyday.

My mother will be 72yrs old in January and I just want her to be able to see her #2 grandson again. She had 2 heart Attacks after my sister passed away. Which resulted in triple bypass heart surgery. D'Vone worries about her constantly, because they are so close.

My mother suffers with asthma, diabetes, hypertension, she has had two toes amputated and they want to ampute her leg, her mental status is also declining, but through it all she is still waiting and praying for his safe return.

Thank You,

Shawn Y Langford

Sent from Yahoo Mail on Android

**From:** Christopher_McGrath@fd.org,
**To:** mcgrathtph@aol.com,
**Subject:** Fwd: David Otis II for D'vone Brady letter
**Date:** Wed, Sep 30, 2020 6:03 pm

Sent from my iPhone

Begin forwarded message:

> **From:** David Otis <daveedeo2@gmail.com>
> **Date:** September 28, 2020 at 11:14:03 PM EDT
> **To:** Christopher McGrath <Christopher_McGrath@fd.org>
> **Subject: David Otis II for D'vone Brady letter**
>
> To whom it may concern.
>
> My name is David Otis.
>
> I am a minister and the older cousin of D'vone Brady, and he is like a brother to me.
>
> Ever since we were young, I've always seen the potential in D'vone. D'vone could always bring positive, upbeat energy to a room, to the point that, during family gatherings, we were elated to see Him walk through the door.
>
> D'vone, as I know him, is a charismatic, uplifting, hardworking family man that has had quite a few obstacles to overcome.
>
> He has occasionally expressed to me the pressure and pain he has felt dealing with not having his father as close to him as he needed while growing up.
>
> D'vone isn't a complainer or overly expressive. He would often put on a smile when we all knew he was in pain. I knew that he had many issues bothering him like when his mother, my aunt Simone passed away. I felt he took the ordeal too well, which concerned me.
>
> I figured he was just strong for His young age and left the issue alone, but I knew in the back of my head that he was withholding anguish and pain.
> Despite all that my cousin has faced, I've seen him be strong, persevere, become a great provider for His children, work hard long hours on a job that incited his asthma.
>
> I know what it's like to struggle to make ends meet, to work long, hard hours, and question the best path to take in taking care of your family.
> I'm not making excuses for the choice D'vone has made. I'm mostly expressing the temptation that grips an individual to take a seemingly better alternative to put bread on the table for your family.

It gave me great pain and agony when I learned that D'vone Brady, my favorite cousin, was incarcerated over something that he could have avoided with communication, seeking counsel from his family.

What saddened me most was the fact that he put all the potential and promise that was in him in jeopardy for a quick buck.
I was sickened and appalled, angry, and frustrated, knowing my caring, respectful, loving young promising little brother could have given his future away.

I couldn't believe what I had learned, and the first thing that came to mind was the future of his young family, the lost time, the need that children have of their father.

Though He has made a terrible judgment call that has cost Him his freedom, I believe, With support from his family and given an opportunity, He could re-enter society with more wisdom and a more realistic outlook on life.

Being his older cousin/brother, I believe I could have done more to steer him in the right direction, paying closer attention to where he was in life. Therefore I take a portion of the responsibility in the choices my cousin has made, but I know that when he is released, I'll be there to aid him in every way possible, to help him to succeed. We have the resource through our local church to assist, monitor, and in transitioning D'vone back into his rightful position.

I don't doubt the challenge ahead, but no matter the cost, I will do all that is within my power to help my cousin get it right the second he is able.

**From:** Christopher_McGrath@fd.org,
**To:** mcgrathtph@aol.com,
**Subject:** Fwd: The Release of D' Vone D. Brady
**Date:** Wed, Sep 30, 2020 6:03 pm

Sent from my iPhone

Begin forwarded message:

> **From:** Donneill Chinkeefatt <donneillchinkeefatt@gmail.com>
> **Date:** September 25, 2020 at 7:36:49 PM EDT
> **To:** Christopher McGrath <Christopher_McGrath@fd.org>
> **Subject: The Release of D' Vone D. Brady**
>
> Dear Judge Linda Parker,
>
>   I'm being honest and forthright with you.
>
> It's possible that you see letters like this often. I am 49 years old cousin of D'Vone Brady, and never had to do this for anyone in my family generation, up until now.
>
> It pains me to write this letter, very much so. You see Judge Parker, Von(nickname) has always been a pleasant, respectable young man. My thoughts has always been, What went wrong? We all (Family)had a part in raising Von. My son and Von, were born 3 weeks apart. Myself and my first cousin Simone (Von's Mother) veiled to raise them together. And, we did just that. HE IS MY SON. We remain in contact with each other. His mother, My cousin/friend had done a great job in raising Him.
>
> Judge Parker, D'Vone does have asthma.
> I was present during one of his attacks. He was between the ages of 6-8 years old. Believe at that time, his mother told me that he was diagnosed with asthma. With COVID-19 virus going around, we all have to use are best judgement to remain safe and out of harms way. I ask you, Judge Parker, to bless his children by releasing him to them. So, his children won't have to burden loss of a parent, just as D'Vone has. Our family thanks you for this opportunity to hear our voices.
>
> Sincerely,
> Donneill Chinkeefatt